**LYNCH CARPENTER LLP**
Todd D. Carpenter (CA 234464)
todd@lcllp.com
Scott G. Braden (CA 305051)
scott@lcllp.com
1350 Columbia Street, Ste. 603
San Diego, California 92101
Telephone:  619.762.1910
Facsimile:   619.756.6991

*Attorneys for Plaintiff and Proposed Class Counsel*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA PANALIGAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RETAIL ECOMMERCE VENTURES LLC, a Delaware Limited Liability Company, and DOES 1- 50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-03364-GW-AS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE THAT** the above-captioned action is voluntarily dismissed **WITHOUT** prejudice by Plaintiff Maria Panaligan pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: December 22, 2022          **LYNCH CARPENTER, LLP**

                                 By: */s/ Todd D. Carpenter*
                                      Todd D. Carpenter (CA 234464)
                                      todd@lcllp.com
                                      Scott G. Braden (CA 305051)
                                      scott@lcllp.com
                                      1350 Columbia St., Ste. 603
                                      San Diego, California 92101
                                      Telephone:  (619) 762-1900
                                      Facsimile:   (619) 756-6991

                                      *Attorneys for Plaintiff and Proposed Class Counsel*